UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6554 (PVC) Date: November 16, 2026

Title Wenhao Guo v. Warden, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: None | Attorneys Present for Respondents: None |

**PROCEEDINGS: [IN CHAMBERS] DECISION AND ORDER GRANTING PETITION (Dkt. No. 1); ORDERING IMMEDIATE RELEASE**

Petitioner Wenhao Guo, represented by counsel, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 30, 2026, seeking his immediate release from immigration custody without conditions that did not exist before his detention, an order enjoining Respondents from re-detaining him without notice of the reasons and a meaningful opportunity to be heard before an Immigration Judge to determine whether detention is appropriate, and an award of costs and reasonable attorney fees under the Equal Access to Justice Act. ("Petition," Dkt. No. 1 at 14–15).[1] For the reasons stated below, the Petition is GRANTED.

## I. Factual Background

Petitioner is a noncitizen from China who is currently detained at the Adelanto ICE Processing Center. (Dkt. No. 1 at 1, 3). Petitioner has been a lawful permanent resident of the United States since August 24, 2014. (*Id.* at 1). He is the custodial parent of a United States citizen daughter and owns a California company that employs six people. (*Id.*). When he returned to the United States in January 2026 after an extended

[1] For ease of reference, when referring to the filings, the Court uses the page numbers generated by CM/ECF shown in the blue ribbon at the top of each page of each court filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6554 (PVC) Date: November 16, 2026

Title Wenhao Guo v. Warden, et al.

absence, U.S. Customs and Border Protection inspected him at John F. Kennedy International Airport, issued him a temporary Form I-551 evidencing his permanent residence and authorizing employment through January 22, 2027, and placed him in removal proceedings on the ground that he had abandoned his residence. (*Id.*). For the next nine months, Petitioner appeared for his case in Santa Ana Immigration Court on the non-detained docket. (*Id.* at 2). Petitioner subsequently traveled abroad and was detained by Immigration authorities when he returned on October 22, 2026, through Los Angeles International Airport. No officer or judge has ever found that Petitioner poses a flight risk or a danger to anyone. (*Id.* at 1).

## II. Discussion

Respondents failed to appear, or respond to the Petition, in violation of General Order 26-05.[2] (*See* Dkt. No. 7). Petitioner noted this failure and seeks an order granting the Petition. (Dkt. No. 9 at 6). Local Rule 7-12 provides that "[t]he failure to file any required document … may be deemed consent to the granting or denial of the motion[.]" The Court deems Respondents' failure to file an Answer to the Amended Petition in this case – despite having notice of their obligation to do so and an opportunity to be heard in opposition to the Petition – to be their consent to granting the relief sought in that pleading.

## III. Conclusion

For the reasons set forth here, as well as those set forth in the Petition (Dkt. No. 1) and in Petitioner's Notice of Respondent's Motion to Deem Respondents' Opposition Waived and To Decide Petitioner's Petition As Unopposed (Dkt. No. 9), the Court ORDERS as follows:

1. The Petition (Dkt. No. 1) is hereby GRANTED;

[2] This failure may not have been accidental. At a September 8, 2026 meeting of the Magistrate Judges of this Court, the Chief Magistrate Judge reported that the United States Attorney's Office has decided that it will file nothing in response to some immigration-related habeas corpus petitions, notwithstanding General Order 26-05.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6554 (PVC) Date: November 16, 2026

Title Wenhao Guo v. Warden, et al.

2. Respondents shall immediately release Petitioner **Wenhao Guo (A# 063 801 320)** from custody without conditions that did not exist before his October 22, 2026 detention.

3. If Respondents have not released Petitioner within three days of the date of this Order, Petitioner may file a request for an order to show cause re contempt.

4. Respondents are enjoined from re-detaining Petitioner without notice of the reasons and a meaningful opportunity to be heard before an Immigration Judge to determine whether detention is appropriate;

5. Judgment be entered in favor of Petitioner; and

6. Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules; the Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

The Clerk of the Court is directed to serve a copy of this Order upon Petitioner at his address of record.

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | mr |