JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENHAO GUO,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. EDCV 26-6554 PVC<br>**JUDGMENT** |

Pursuant to the Order Granting Petition and Ordering Immediate Release,

IT IS HEREBY ADJUDGED THAT Judgment be entered in favor of Petitioner.

DATED: November 16, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE